| | | |
|---|---|---|
| **RITZY TORREZ** | * | **NO. 2024-CA-0598** |
| | | |
| **VERSUS** | * | **COURT OF APPEAL** |
| | | |
| **ST. BERNARD HOSPITAL** | * | **FOURTH CIRCUIT** |
| **FOUNDATION, INC.,** | | |
| **LAMMICO, AND OCHSNER** | * | **STATE OF LOUISIANA** |
| **CLINIC FOUNDATION D/B/A** | | |
| **OCHSNER HEALTH SYSTEM** | * | |
| | | |
| | * | |

* * * * * * *

**LEDET, J, DISSENTS**

The majority finds that the trial court "committed legal error in its misapplication of La. Rev. Stat. 9:2800" and, thus, applied a *de novo* standard of review to reverse the trial court's finding of liability. I disagree. Given this case turns on the trial court's factual findings, I would apply a manifest error standard of review. Based on the record, I cannot conclude that the trial court manifestly erred in crediting Ms. Torrez's testimony. Accordingly, I would affirm the trial court's finding of liability. For these reasons, I respectfully dissent.